# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN JENNINGS, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>SIX UNKNOWN NAMED AGENTS, et al., )<br>)<br>  Defendants. ) | CIVIL NO. 08-cv-648-JPG |

## MEMORANDUM AND ORDER

**GILBERT District Judge:**

This matter is before the court *sua sponte*. Plaintiff filed his complaint with this Court on September 16, 2008. At the time, however, Plaintiff did not submit the full filing fee, 28 U.S.C. §1914, or a motion to proceed *in forma pauperis*, 28 U.S.C. § 1915. The Clerk of Court advised Plaintiff that he needed to submit the filing fee or a motion to proceed *in forma pauperis*. The letter warned Plaintiff that if the filing fee or motion to proceed *in forma pauperis* was not received within 30 days, the the case would be "submitted to the Judicial Officer for an order to be entered dismissing the case." More than 30 days have passed and Plaintiff has not submitted either the full filing fee or a motion to proceed *in forma pauperis*.[1] Accordingly, this action is **DISMISSED**, without prejudice, for failing to pay the filing fee or to request leave to proceed *in forma pauperis*.

---

[1] The Court notes that the complaint underlying this action is comprised of jumbled and incoherent allegations and statements.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED**.

**Dated: February 6, 2009.**

                                                    **s/ J. Phil Gilbert**
                                                    **U. S. District Judge**